# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 6/22/2026

**LICENSEE NAME:** Denise Elizabeth Giraudo

**LICENSEE BAR NUMBER:** 254737

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/26/2007

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Denise Elizabeth Giraudo's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero

Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Denise E Giraudo

was duly qualified and admitted on January 9, 2009 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 22, 2026.*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*



# United States Court of Appeals



## for the

## Seventh Circuit



## Certificate of Good Standing

I, Christopher G. Conway, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Denise E. Giraudo was on the second day of September in the year of our Lord two thousand and eleven, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

In testimony Whereof I, Christopher G. Conway, have hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this ninth day of July in the year of our Lord two thousand and twenty-six.



*Christopher Conway*

Clerk of the United States Court of Appeals for the Seventh Circuit



# Certificate of Good Standing

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Denise Elizabeth Giraudo, Bar No. 29015, was duly admitted to practice in this Court on 7/17/2009, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 7/2/2026

Marlowe Hill
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*



# CERTIFICATE OF GOOD STANDING

I, Nwamaka Anowi, Clerk of this Court, certify that _____ Denise E. Giraudo _____ was duly admitted

to practice in this Court on_____ January 28, 2011 _____, and is in good standing in this Court.

Dated at Richmond, Virginia, on_____ July 1, 2026 _____.

Nwamaka Anowi
CLERK

A True Copy NWAMAKA ANOWI
Clerk of the United States Court of Appeals
for the Fourth Circuit

Nwamaka Anowi

# United States Court of Appeals
## for the Fifth Circuit

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Denise Giraudo** was duly admitted to practice in this Court on March 09, 2023, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on July 01, 2026

_____
LYLE W. CAYCE
Clerk

By: _____
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Jul 01, 2026**

Clerk, U.S. Court of Appeals, Fifth Circuit

 

# United States District & Bankruptcy Courts
## for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## DENISE  ELIZABETH  GIRAUDO

was, on the _____1st_____ day of _____August_____ A.D. _____2011_____ admitted to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this _____30th_____ day of _____June_____

A.D. _____2026_____.



**ANGELA D. CAESAR,** Clerk of Courts

By: _____/s/ Hannah Norton_____

**Deputy Clerk**