DUSTIN L. CLARK
Nevada Bar No. 10548
1127 East 230 North
Lindon, Utah 84042
Phone: (702) 540-9070
E-mail: dustin@clarklawcounsel.com

ZACHARY P. TAKOS
Nevada Bar No. 11293
STEVEN R. HART
Nevada Bar No. 15418
Takos Law Group, Ltd.
1935 Village Center Circle
Las Vegas, NV 89134
Phone: (702) 658-1900
E-mail: zach@takoslaw.com
steven@takoslaw.com

*Attorneys for Plaintiff Lindsey York*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LINDSEY YORK, an individual,

Plaintiff,

v.

VANTAGE DATA CENTERS MANAGEMENT COMPANY, LLC, a Delaware limited liability company,

Defendant.

Case No. 3:26-cv-00185-MMD-CSD

**ORDER GRANTING STIPULATION AND ORDER TO APPEAR REMOTELY FOR CASE MANAGEMENT CONFERENCE**

In accordance with LR IA 6-2 and LR 7-1, Plaintiff Lindsey York and Defendant Vantage Data Centers Management Company, LLC, by and through their respective counsel of record, hereby stipulate and agree that Plaintiff's counsel, Dustin L. Clark, and Defendant's counsel Denise E. Giraudo (PHV), may appear remotely via video conference for the Case Management Conference scheduled for August 11, 2026, at 9:00 a.m. PDT before Judge Craig S. Denney.



Dustin L. Clark
Attorney at Law
1127 E 230 N
Lindon, UT 84042
702.540.9070

Counsel for the parties understand and agree that they are prohibited from recording, photographing, or retransmitting any part of the proceeding.

DATED: August 3, 2026

s/ Dustin L. Clark
Dustin L. Clark, Esq.
Nevada Bar No. 10548
1127 East 230 North
Lindon, Utah 84042
Phone: (702) 540-9070
E-mail: dustin@clarklawcounsel.com

Zachary P. Takos, Esq.
Nevada State Bar No. 11293
Steven R. Hart, Esq.
Nevada Bar No. 15418
TAKOS LAW GROUP, LTD.
1935 Village Center Circle
Las Vegas, NV 89134
Phone: (702) 658-1900
E-mail: zach@takoslaw.com
steven@takoslaw.com

*Attorneys for Plaintiff Lindsey York*

DATED: August 3, 2026

s/ Anthony Hall
Anthony L. Hall, Esq
Nevada Bar No.: 5977
Darby L. Grow, Esq.
Nevada Bar No.: 17074
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive Sierra Rose Drive
Reno, Nevada 89511
(775) 785-0088
ahall@shjnevada.com
dgrow@shjnevada.com

s/ Denise Giraudo
Denise E. Giraudo, Esq. (PHV)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Ste. 100
Washington, D.C. 20006
(202) 747-1906
dgiraudo@sheppard.com

*Attorneys for Defendant Vantage Data Centers Management Company, LLC*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 4, 2026